FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 AUG 16 PM 3:18
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20017-B |
| MICHAEL J. LEWIS, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE

IT APPEARING TO THIS HONORABLE COURT, that upon the filed motion of Counsel for the Defendant, there being no objection from the Assistant U.S. Attorney and for good cause shown, that this motion is well taken and should be granted. The sentencing hearing is therefore reset to _Tuesday, September 6, 2005 @ 9:00 a.m._

_____
HONORABLE DANIEL BREEN
DISTRICT COURT JUDGE

DATE: 8/16/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-17-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20017 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT