October 19, 2005PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

FILED BY _____ D.C.

05 OCT 24  PM 5: 04

THOMAS M. GOULD
CLERK, US DISTRICT COURT
PHIS

U.S.A. vs. Michael J. Lewis

Docket No. 05-20017-01-B

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable S. Thomas Anderson sitting in the court at Memphis, Tennessee, on the 27th day of January, 2005, under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Defendant is restricted in residence and travel to the Western District of Tennessee, 3) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 4) Refrain from any unlawful possession or use of a controlled substance, 5) Submit to substance abuse testing as directed by Pretrial Services, and 6) Participate in substance abuse testing, education, or treatment if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Michael Lewis violated condition 3) as well as the standard condition, "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case" as follows:

On October 15, 2005, Michael Lewis was arrested for Unlawful Possession of a Weapon. According to the affidavit of complaint, Mr. Lewis fit the description of a man who a witness indicated had left the scene of a burglary. The affidavit further states that the defendant gave officers permission to check his vehicle for items taken in the burglary and that a SKS assault rifle was found in the trunk of the defendant's car. Mr. Lewis was released on a $100 bond and is set in Shelby County General Sessions Court in Memphis for November 22, 2005.

Mr. Lewis violated condition 1) as follows:

Michael Lewis failed to report in person to the Pretrial Services Office on April 11, 2005, April 25, 2005, and May 18, 2005. Mr. Lewis reported on later dates after telephone contact in each instance. Defendant Lewis failed to report to Pretrial Services by telephone on May 9, 2005, and June 13, 2005, and was later contacted.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Michael J. Lewis may appear and show cause as to why his bond should not be revoked.

Bond Recommended:   NONE

ORDER OF COURT

Considered and ordered this 24th day of October, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2005

_____
Supervisory U.S. Pretrial Services Officer

Place   Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05  (34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20017 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT